UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RAFAEL LAGUNAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00067-RLY-CSW |
| | ) |
| OLD NATIONAL BANK, | ) |
| | ) |
| Defendant. | ) |

**ENTRY ADOPTING REPORT AND RECOMMENDATION**

Defendant Old National Bank filed a Motion to Compel Arbitration and Stay Further Proceedings. (Filing No. 15). The court referred Defendant's motion to the Magistrate Judge. On August 14, 2024, Magistrate Judge Wildeman recommended the court grant Old National Bank's motion and stay this matter pending completion of arbitration. (Filing No. 20). Neither party objected to this disposition within the 14-day period imposed by Federal Rule of Civil Procedure 72(b)(2). Accordingly, the court reviews the report and recommendation for clear error. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After reviewing the recommendation and the record, the court finds no clear error. Thus, the court **ADOPTS** Magistrate Judge Wildeman's Report and Recommendation (Filing No. 20) and **GRANTS** Defendant's Motion to Compel Arbitration and Stay Further Proceedings (Filing No. 15). The court **STAYS** this action pending completion of arbitration.

**IT IS SO ORDERED** this 30th day of October 2024.

                                            RICHARD L. YOUNG, JUDGE
                                            United States District Court
                                            Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.