UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

|  |  |  |
|---|---|---|
| RAFAEL LAGUNAS individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 3:24-cv-00067-RLY-CSW |
| OLD NATIONAL BANK, | ) ) ) | |
| Defendant. | ) | |

> ACKNOWLEDGED. Case is dismissed without prejudice.
>
> /s/ RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 4/14/2025

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### <u>WITHOUT PREJUDICE</u>

Plaintiff Rafael Lagunas ("Plaintiff"), by and through undersigned counsel, hereby voluntarily dismisses his claims for relief in the above-captioned action against Defendant Old National Bank without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 11, 2025                     Respectfully submitted,

*/s/ Lisa R. Considine*
Lisa R. Considine (admitted *pro hac vice*)
745 Fifth Ave., Suite 500
New York, NY 10151
(212) 532-1091 (Main)
(646) 417-5967 (Facsimile)
lconsidine@sirillp.com

*Attorneys for Plaintiff*